HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

PEOPLE v DOTSON, No. 138093; Court of Appeals No. 276394.

PEOPLE v MARSHALL JOHNSON, No. 138099; Court of Appeals No. 272750.

CROZIER v HENRY FORD HOSPITAL, No. 138117; Court of Appeals No. 279924.

PEOPLE v REDDELL, No. 138119; Court of Appeals No. 288457.

PONTIAC FOOD CENTER v DEPARTMENT OF COMMUNITY HEALTH, No. 138141; Court of Appeals No. 277281.

PEOPLE v BAKER, No. 138194; Court of Appeals No. 278951.
HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

PEOPLE v DAVID WILLIAMS, No. 138195; Court of Appeals No. 276595.

PEOPLE v BERRY, No. 138197. The denial is without prejudice to the defendant's filing a delayed application for leave to appeal in the Court of Appeals from the Bay Circuit Court's August 26, 2008, order denying relief from judgment under MCR Subchapter 6.500. See MCR 6.509(A); MCR 7.205(F)(3). Court of Appeals No. 287972.

PEOPLE v KENNETH GREEN, No. 138213; Court of Appeals No. 279327.

PEOPLE v LAMBERT, No. 138221; Court of Appeals No. 276993.

PEOPLE v CAPITO, No. 138249; Court of Appeals No. 275907.

PEOPLE v CROSS, No. 138264; reported below: 281 Mich App 737.

PEOPLE v ROWE, No. 138266; Court of Appeals No. 280508.

MCKAY CONSULTING, INC v ST JOHN HEALTH, Nos. 138271 and 138272; Court of Appeals Nos. 273132 and 273196.

PEOPLE v BROOKE COLLINS, No. 138291; Court of Appeals No. 289089.

PEOPLE v CARP, No. 138299; Court of Appeals No. 275084.

PEOPLE v ROYSTER, No. 138303; Court of Appeals No. 280676.
HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

PEOPLE v KEYES, No. 138306; Court of Appeals No. 275280.

PEOPLE v OLLIE, No. 138316; Court of Appeals No. 287668.

PEOPLE v KEAN, No. 138319; Court of Appeals No. 280434.

PEOPLE v SETH BROWN, No. 138327; Court of Appeals No. 289797.

PEOPLE v HOSIEA TURNER, No. 138331; Court of Appeals No. 288634.